```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 17286
   KEVIN M SACHER
   GAYLE N SACHER                          CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-1742    SSN XXX-XX-5702


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/29/06 and confirmed on 04/27/07.

   2.  The case was converted to Chapter 7 after confirmation, 09/12/2007.

   3.  The Debtor paid a total of $ 24250.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE CORPOR | CURRENT MORTG | 15255.05 | .00 | 15255.05 |
| WACHOVIA MORTGAGE CORPOR | MORTGAGE ARRE | 43126.20 | .00 | .00 |
| SOVEREIGN BANK | SECURED | 3575.40 | .00 | 3575.40 |
| SOVEREIGN BANK | MORTGAGE ARRE | 8000.00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | 10000.00 | .00 | 1300.00 |
| LAKE COUNTY COLLECTOR | SECURED | 10922.00 | .00 | 1600.00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 12618.89 | .00 | 1800.00 |
| ECMC | UNSECURED | 15973.13 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3806.28 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7947.93 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3868.06 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8494.53 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5120.11 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 951.99 | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3892.38 | .00 | .00 |
| USAA FEDERAL SAVINGS BAN | UNSECURED | NOT FILED | .00 | .00 |
| CARMAX AUTO FINANCE | UNSECURED | 2022.30 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 103497.54 | .00 | 52076.71 | .00 | 155574.25 |
| PRINCIPAL PAID | 23530.45 | .00 | .00 | .00 | 23530.45 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 23530.45 | .00 | .00 | .00 | 23530.45 |

The Debtor's attorney, PAUL M BACH               , was allowed $   2500.00
and was paid $     800.00   direct and $       .00   through the plan.

The Trustee received $     719.55 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/20/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 17286 KEVIN M SACHER & GAYLE N SACHER